IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**SIGMA SIGMA SIGMA**
**ALUMNAE, INCORPORATED,**

        Plaintiff,

v.                                Civil Action No. 3:15-cv-01626

**HOMEBUILDERS PLUS, INC.,**
an Ohio corporation,

        Defendant.

## ORDER OF DISMISSAL

ON THIS DAY CAME the parties, by counsel, to jointly represent to the Court that all matters at issue by and among them in this civil action have been compromised, settled and agreed. The parties hereupon move the Court to dismiss with prejudice all claims by and among the parties. The Court, for good cause shown, was of the opinion to grant said motion.

IT IS THEREFORE ORDERED that all claims by and among the parties are hereby DISMISSED, with prejudice, and this matter is therefore STRICKEN FROM THE DOCKET with each party bearing their own costs and expenses, including attorneys' fees.

ENTERED this 16 day of Feb, 2016.

_____
Robert C. Chambers, Chief Judge

*Prepared by:*

s/ Natalie C. Schaefer
Natalie C. Schaefer (WVSB #9103)
Kimberly M. Bandy (WVSB #10081)
Counsel for Homebuilders Plus, Inc.
Shuman, McCuskey & Slicer, PLLC
1411 Virginia Street, East, Suite 200
Post Office Box 3953
Charleston, West Virginia 25339-3953
(304) 345-1400; (304) 343-1826 (Fax)
nschaefer@shumanlaw.com
kbandy@shumanlaw.com

*Approved by:*

s/ Jason D. Bowles
Jason D. Bowles (WVSB #12091)
Jenkins Fenstermaker, PLLC
325 8th Street
Post Office Box 2688
Huntington, West Virginia 25726
(304) 523-2100; (304) 523-2347 (Fax)
jdb@jenkinsfenstermaker.com